■ GLENN FOWLER, Respondent, v NEW YORK AND PRESBYTERIAN HOSPITAL et al., Defendants, and SILVIA EPELMAN, Appellant. [757 NYS2d 737] Order, Supreme Court, Bronx County (Jerry Crispino, J.), entered October 17, 2000, which denied defendant-appellant's motion for summary judgment dismissing the complaint as against her, unanimously affirmed, without costs.

The record presents sufficient issues of fact to warrant denial of summary judgment. Concur—Nardelli, J.P., Tom, Mazzarelli, Ellerin and Lerner, JJ.